```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LESLIE PAUL HOWARTH,              :
          Plaintiff               :
     v.                           : Civil Action No. 05-39J
UNIVERSITY PARK PLAZA,            :
          Defendant               :
```

### JUDGMENT ORDER

AND NOW, this 21st day of November, 2005, IT IS HEREBY ORDERED that judgment is entered in favor of defendant, University Park Plaza, and against plaintiff, Leslie Paul Howarth.

                                           BY THE COURT:

                                           s/Gary L. Lancaster
                                           GARY L. LANCASTER,
                                           UNITED STATES DISTRICT JUDGE

```
cc:  Leslie Paul Howarth, Ph.D.
     211 Bentwood Avenue
     Johnstown, PA 15904-1333

     Ronald P. Carnevali, Esquire
     P.O. Box 280
     Johnstown, PA 15907-0289
```